Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
KATHERINE E. UNDERWOOD, ESQ. (SBN 249308)
3638 American River Drive
Sacramento, CA  95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendant, WESTERN
ENVIRONMENTAL CONSULTANTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY and WESTERN ENVIRONMENTAL CONSULTANTS, INC.,<br><br>Defendants. | Case No. 2:09-cv-02877 GEB EFB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE DEADLINES** |

Plaintiff United States of America, and Defendants Pacific Gas and Electric Company (PG&E) and Western Environmental Consultants, Inc. (WECI), through their counsel of record, respectfully request a continuance of the expert disclosure deadlines due to the following:

1.      The United States of America filed *United States v. Pacific Gas and Electric Co.,* Case No. 2:09-cv-02877 GEB EFB on October 15, 2009 and subsequently filed the related matter of *United States v. Western Environmental Consultants, Inc.,* Case No. 2:10-cv-01875 WBS DAD on July 16, 2010.  On September 28, 2010, the Court consolidated these matters, and, per the parties' stipulation, modified the schedule under the previously-filed case [Doc. #20].

2.      Under the modified schedule, initial experts must be disclosed by April 18, 2011, rebuttal experts must be disclosed by May 16, 2011, and discovery must be completed by July 18,

1

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA  95864

1   2011.

2       3.      Due to the remote location of the alleged area of origin (approximately two hours

3   east of Eureka, California on United States Forest Service roads) and recent weather

4   complications, WECI has not been able to conduct a site visit to date.  Weather permitting,

5   WECI's experts are currently scheduled to conduct an inspection of the alleged area of origin on

6   or about April 12 – 13, 2011.  Therefore, WECI needs more time to complete its site inspection

7   and produce the necessary expert reports.

8       4.      Based upon the foregoing, the parties have agreed to extend the expert disclosure

9   deadlines as follows:

10

| Event | Current Date | New Date |
| --- | --- | --- |
| Initial Expert(s) Disclosures | April 18, 2011 | June 20, 2011 |
| Rebuttal Expert Disclosures | May 16, 2011 | July 20, 2011 |
| Discovery Cutoff | July 18, 2011 | August 20, 2011 |

14      5.      The new dates shall govern both of the consolidated actions.

15      6.      The parties are not requesting that any other dates in the pre-trial scheduling order

16  be modified at this time.  However, by entering this stipulation, the parties do not waive any

17  parties' right to move the Court at a later time to modify any date in the pre-trial scheduling order,

18  including, but not limited to, the trial date.

19

20  Dated:  March 14, 2011                **MATHENY SEARS LINKERT & JAIME, LLP**

21

22                          By: _/s/ RICHARD S. LINKERT_____
                                RICHARD S. LINKERT
23                              Attorneys for Defendant WESTERN
                                ENVIRONMENTAL CONSULTANTS, INC.

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

2

1    Dated:  March 14, 2011                    SEDGWICK DETERT MORAN & ARNOLD, LLP

2

3                                             By: /s/ GREGORY READ
                                                  GREGORY READ
4                                                 Attorneys for Defendant PACIFIC GAS AND
                                                  ELECTRIC COMPANY
5

6
     Dated:  March 14, 2011                    BENJAMIN B. WAGNER
7                                              UNITED STATES ATTORNEY

8

9                                             By: /s/ RICHARD M. ELIAS
                                                  RICHARD M. ELIAS, Assistant U.S. Attorney
10                                                Attorney for Plaintiff,
                                                  UNITED STATES OF AMERICA
11

12

13   **THE STIPULATION OF THE PARTIES IS APPROVED AND IT IS SO ORDERED.**

14   **Date:  3/14/2011**

15

16                                            GARLAND E. BURRELL, JR.
                                              United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

*Stipulation and [Proposed] Order Continuing Expert Disclosure Deadlines*