IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>             Defendant.<br>_____ | 2:09-cv-02877-GEB-EFB<br><br><br><br>RELATED CASE ORDER |
| AMERICAN CASUALTY COMPANY OF<br>READING, PENNSYLVANIA, and<br>NATIONAL FIRE INSURANCE<br>COMPANY OF HARTFORD, successor<br>by merger to TRANSCONTINENTAL<br>INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>        v.<br><br>WESTERN ENVIRONMENTAL<br>CONSULTANTS, INC., a California<br>Corporation; and PACIFIC GAS &<br>ELECTRIC COMPANY, a California<br>Corporation; LEXINGTON INSURANCE<br>COMPANY; UNDERWRITERS AT<br>LLOYD'S LONDON,<br><br>             Defendants.<br>_____ | 2:10-cv-02806-LKK-GGH |

On April 28, 2011 Plaintiffs filed a "Notice of Related Cases" under Local Rule 123. Examination of the above-entitled cases reveals they are related within the meaning of Local Rule 123. Under the

practice of this Court, a related case is generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Therefore, action 2:10-cv-02806 is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case are VACATED. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-EFB." The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

The pending motions to stay in action 2:10-cv-02806 (ECF Nos. 62, 65) are scheduled for hearing to commence at 9:00 a.m. on June 20, 2011.

Further a status hearing is scheduled to commence at 9:00 a.m. on September 19, 2011; a further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated: May 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge