MARK H. PENSKAR  (SBN 77725)
mhp5@pge.com
PACIFIC GAS AND ELECTRIC COMPANY
Law Department, 77 Beale Street, B30A
San Francisco, CA   94105
Telephone: (415) 973-8478
Facsimile: (415) 973-9271

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

SEDGWICK LLP
GAYLE L. GOUGH  (SBN 154398)
gayle.gough@sedgwicklaw.com
GREGORY C. READ (SBN 49713)
gregory.read@sedgwicklaw.com
MARK J. HANCOCK (SBN 160662)
mark.hancock@sedgwicklaw.com
PETER J.  MESSROBIAN  (SBN 168554)
peter.messrobian@sedgwicklaw.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. . 2:09-CV-02877-GEB-EFB |
| Plaintiff, | (Consolidated with Case No. 2:10-cv-01875) |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL DATE AND AMENDING THE PRETRIAL SCHEDULING ORDER** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| WESTERN ENVIRONMENTAL CONSULTANTS, INC., | |
| Defendant. | |

2:09-CV-02877-GEB-EFB

STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL DATE AND
AMENDING THE PRETRIAL SCHEDULING ORDER

Sedgwick LLP

Plaintiff United States of America, and Defendants Pacific Gas and Electric Company (PG&E) and Western Environmental Consultants, Inc. (WECI), through their counsel of record, respectfully request a continuance of the trial date and the amendment of the Pretrial Scheduling Order due to the following:

1.      The United States of America filed *United States v. Pacific Gas and Electric Co.,* Case No. 2:09-cv-02877 GEB EFB on October 15, 2009 and subsequently filed the related matter of *United States v. Western Environmental Consultants, Inc.,* Case No. 2:10-cv-01875 WBS DAD on July 16, 2010. On September 28, 2010, the Court consolidated these matters, and, per the parties' stipulation, modified the schedule under the previously-filed case [Doc. #20].

2.      On March 14, 2011, the Court ordered that the schedule be further modified to accommodate WECI's request for more time to inspect the site of the fire and prepare expert reports [Doc. #25].

3.      The current schedule requires initial expert disclosures by all parties on all issues on June 20, 2011, rebuttal expert disclosures by all parties on all issues by July 20, 2011, and imposes an expert discovery cut-off date of August 20, 2011.  The last hearing date for motions is September 12, 2011, the final pre-trial conference is scheduled for November 21, 2011 and trial is set for February 21, 2012.

4.      Counsel for Plaintiff and WECI are scheduled to try the "Moonlight Fire" wildfire case in the United States District Court, Eastern District of California, in April of 2012.  The case involves a damage claim of nearly one billion dollars.  Both liability and damages issues are vigorously contested.

5.      Counsel for PG&E is scheduled to try a business dispute in the United States District Court, Northern District of California, in October of 2011.  The case involves a damage claim of up to five hundred million dollars.  The case has been tried to verdict twice and there is little to no chance of a settlement prior to trial.  Both liability and damages issues are vigorously contested.

/ / /

2:09-CV-02877-GEB-EFB
STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL DATE AND
AMENDING THE PRETRIAL SCHEDULING ORDER

6.     Good cause exists to amend the Pretrial Scheduling Order in that the parties

counsel's trial schedules are severely impacted through the spring of 2012.  The parties are

working diligently to conduct non-expert discovery and prepare expert reports.  The parties

require additional time to complete all reasonable and necessary discovery and prepare for trial

in light of the trial dates set in earlier-filed cases involving large damages claims and complex

issues.

7.     The parties have also agreed to staggered expert witness disclosures regarding

damages issues.

8.     Based upon the foregoing, the parties have agreed to continue the trial date and

amend the Pretrial Scheduling Order as follows:

| Event | Current Date | New Date |
|---|---|---|
| Initial Liability Expert(s) Disclosures | June 20, 2011 | June 20, 2011 |
| Rebuttal Liability Expert Disclosures | July 20, 2011 | July 20, 2011 |
| Plaintiff's Initial Damages Expert Disclosures | June 20, 2011 | July 27, 2011 |
| Defendants' Initial Damages Expert Disclosures | June 20, 2011 | August 29, 2011 |
| Plaintiff's Rebuttal Damages Expert Disclosures | July 20, 2011 | September 31, 2011 |
| Discovery Cutoff | August 20, 2011 | January 27, 2012 |
| Last Day to Hear Motions | September 12, 2011 | March 19, 2012 |
| Final Pretrial Conference | November 21, 2011 | April 23, 2012 |
| Trial | February 21, 2012 | July 9, 2012 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL DATE AND
AMENDING THE PRETRIAL SCHEDULING ORDER

1    9.    Furthermore, this stipulation does not waive any parties' right to move the Court

2    to modify any date in the pre-trial scheduling order, including, but not limited to, the trial date.

3

4    DATED:  June 1, 2011                    BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY

5

6                                           By:   /s/ RICHARD M. ELIAS
                                             Richard M. Elias, Assistant U.S. Attorney
7                                            Attorneys for Plaintiff
                                             PACIFIC GAS AND ELECTRIC COMPANY

8
     DATED:  June 1, 2011                    MATHENY SEARS LINKERT & JAIME, LLP
9

10                                          By:   /s/ RICHARD S. LINKERT
                                             Richard S. Linkert
11                                           Attorneys for Defendant
                                             WESTERN ENVIRONMENTAL CONSULTANTS,
12                                           INC.

13

14   DATED:  June 1, 2011                    SEDGWICK LLP

15

16                                          By:   /s/ GREGORY C. READ
                                             Gregory C. Read
17                                           Attorneys for Defendant
                                             PACIFIC GAS AND ELECTRIC COMPANY

18

19   **GOOD CAUSE APPEARING, THE STIPULATION OF THE PARTIES IS APPROVED**
     **AND IT IS SO ORDERED.**
20

21

22   Date: _____

23                                          _____
                                             HONORABLE GARLAND E. BURRELL, JR.
24                                           UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

SF/2203561v1

3          2:09-CV-02877-GEB-EFB
STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL DATE AND
AMENDING THE PRETRIAL SCHEDULING ORDER