BENJAMIN B. WAGNER
United States Attorney
RICHARD M. ELIAS
Assistant United States Attorney
United States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:09-CV-02877 |
| Plaintiff, | |
| | (Consolidated with Case No. 2:10-cv-01875) |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF SETTLEMENT** |
| Defendant. | |
| _____ | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| WESTERN ENVIRONMENTAL CONSULTANTS, INC., | |
| Defendant. | |
| _____ | |

Pursuant to Local Rule 160, the United States hereby informs the Court that the consolidated matters have settled, contingent upon the necessary approvals from higher governmental authorities (i.e., the Secretary of the U.S. Department of Agriculture ("USDA") and the Assistant Attorney General for the Environment and Natural Resources Division ("ENRD") of the Department of Justice).  Under Local Rule 160(b), for good cause shown, the United States requests 90 days to file final dispositional papers with the

Court, which the undersigned believes will provide ample time to obtain the necessary approvals and finalize the necessary settlement documents.

Respectfully Submitted,

DATED:   November 23, 2011

BENJAMIN B. WAGNER
United States Attorney


By:  _/s/ Richard M. Elias_____
     RICHARD M. ELIAS
     Assistant United States Attorney