BENJAMIN B. WAGNER
United States Attorney
RICHARD M. ELIAS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, and WESTERN ENVIRONMENTAL CONSULTANTS, INC.,<br><br>Defendants. | Case No. 2:09-cv-02877 GEB-EFB<br>(Consolidated with Case No. 2:10-cv-01875)<br><br>**Stipulation of Dismissal and Proposed Order** |

Pursuant to Rule 41(a)(ii), the parties hereby stipulate that the above action shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: March 8, 2012          BENJAMIN B. WAGNER
                              United States Attorney


                              By:  /s/ Richard M. Elias
                                   RICHARD M. ELIAS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff
                                   UNITED STATES OF AMERICA

Dated: March 8, 2012              SEDGWICK, LLP


                                  By:   /s/ Gregory C. Read
                                        GREGORY C. READ
                                        Attorneys for Defendant,
                                        PACIFIC GAS AND ELECTRIC COMPANY


Dated: March 8, 2012              MATHENY, SEARS, LINKERT & JAIME, LLP


                                  By :  /s/ Richard S. Linkert
                                        RICHARD S. LINKERT
                                        Attorneys for Defendant
                                        WESTERN ENVIRONMENTAL
                                        CONSULTANTS, INC.


**ORDER**

It is so Ordered.

DATED: _____

                                        _____
                                        UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND PROPOSED ORDER